

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00569-CR

| | | |
|---|---|---|
| Sam Lee Palmer | § | From County Criminal Court No. 2 |
| | § | of Tarrant County (1271447) |
| v. | § | November 21, 2013 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM